IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JERRY GORALSKI LAMB
17199 Creekside Dr
Brandywine MD 20613

Plaintiff,

V.                                              Civil Action No.  PX-16-2705


COMMANDER, NAVAL AIRS SYSTEMS COMMAND
PAUL GROSKLAGS
47123 Buse Rd, Bldg. 2272, Suite 540
Patuxent River, MD 20670

Defendant,

AND

STEVEN A NICKLE
DEPARTMENT HEAD, AIR 2.3
47123 Buse Rd, Bldg. 2272
Naval Air Systems Command
Patuxent River, MD 20670

Defendant,

AND

DONNA BIBEE
47123 Buse Rd, Bldg. 2272
Naval Air Systems Command
Patuxent River, MD 20670

Defendant,

AND

TERRENCE O'CONNELL
47123 Buse Rd, Bldg. 2272
Naval Air Systems Command
Patuxent River, MD 20670

Defendant,

AND

RICHARD PAQUETTE
47123 Buse Rd, Bldg. 2272
Naval Air Systems Command
Patuxent River, MD 20670

Defendant,

AND

KATHERINE MATTSON
47123 Buse Rd, Bldg. 2272
Naval Air Systems Command
Patuxent River, MD 20670

Defendant,

AND

MICHELLE WEBB
47123 Buse Rd, Bldg. 2272
Naval Air Systems Command
Patuxent River, MD 20670

Defendant,

AND

KELLEY GRACE BEAN

47123 Buse Rd, Bldg. 2272
Naval Air Systems Command
Patuxent River, MD 20670

Defendant.

_____

## PLAINTIFFS SECOND MOTION FOR AN ENLARGEMENT OF TIME FOR SERVING SUMMONS FOR GOOD CAUSE

Plaintiff Lamb *pro se* respectfully files this second motion requesting an enlargement of time for serving the summons upon defendant(s) for good cause. On July 27, 2016, the above captioned complaint was filed with the full filing fee. On October 27, 2016, Plaintiff Lamb requested an enlargement of time for serving summons upon defendant for good cause. On November 1, 2016 the Honorable Judge Xinis granted Plaintiff Lamb's motion for an extension of time to effect service allowing an additional sixty days. The Court further noted that the summons which had been previously issued was about to expire and had also granted its reissuance.

Similarly, Plaintiff Lamb respectfully requests a second enlargement of time of sixty days to amend his Complaint to add EEOC Complaint(s) and/or to allow the Plaintiff an opportunity to resolve at least one of the pending EEOC complaints before bringing it before the Court (Exhibit 1). Further, Plaintiff Lamb requests reissuance of all summons that appear to soon expire.

Wherefore, Plaintiff Lamb prays that the Court grant and enlargement of time of sixty days to amend his Complaint and effectuate service.

Dated: January 29, 2017

Respectfully submitted,

*[signature]*

Jerry Lamb Plaintiff, pro se
17199 Creekside Dr
Brandywine, Maryland 20613